

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00377-CV

Hector Ricardo **CARMONA**,
Appellant

v.

Maria Eugenia **CARMONA**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVG-000327-D1
The Honorable Joe Lopez, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  August 13, 2014

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of
service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss
the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM